# In the United States Court of Federal Claims

No. 00-315C
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
GARY L. AARON, *et al.*

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion, pursuant to Rule 25(a)(1) of the Rules of the Court of Federal Claims, to dismiss plaintiff Lloyd L. Wilson from the complaint is hereby granted. Accordingly, Lloyd L. Wilson is severed from this action and will be assigned a new docket number. Because there is no just reason to delay judgment, the Clerk is hereby directed to enter final judgment in favor of the United States dismissing Lloyd L. Wilson's complaint with prejudice in accordance with Rule 54(b). No costs.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge