**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GARY L. AARON, et al.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

Case No. 00-315C
Senior Judge Bruggink

NOTICE OF CHANGE OF ADDRESS

On September 1, 2007, Plaintiffs' attorney, Alan Banov, Alan Banov and Associates, will move to 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910 (phone: 301-588-9699; fax 301-588-9698).

Respectfully submitted,

______/s/_Alan Banov________

ALAN BANOV
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
(301) 588-9699
Fax: (301) 588-9698
abanov@banovlaw.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, two copies of the foregoing Notice of Change of Address were served by facsimile transmission and by first-class mail, postage prepaid, upon Defendant's counsel at the following address:

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street N.W.
Washington, D.C. 20530

__/s/ Alan Banov___
ALAN BANOV